

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

BGK:CSK/LDM
F. #

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 20, 2026

<u>By ECF</u>

The Honorable Eric R. Komittee
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:    United States v. Karony, <u>et. al</u>.
            <u>Criminal Action No. 23-CR-00433 (EK)</u>

Dear Judge Komittee:

       The government apologizes for the tardiness of this letter. We write to advise the Court that it is currently working with the seizing agency to obtain the necessary information in order to commence publication of the Preliminary Order of Forfeiture entered by the Court (DE 277). We will report back to the Court as soon as publication of the Preliminary Order of Forfeiture commences.

                Respectfully submitted,

                JOSEPH NOCELLA, JR.
                United States Attorney

      By:    /s/_____
                Claire S. Kedeshian for
                Laura D. Mantell
                Assistant U.S. Attorney
                (718) 254-6051